In the Matter of Disciplinary Proceedings, Alvin S. MICHAELSON, Esq., United States of America,

v.

Antonio SEDILLO.

No. 73-2215.

United States Court of Appeals, Ninth Circuit.

Sept. 6, 1973.

William D. Keller, U. S. Atty., Eric A. Nobles, Michael T. Kenny, Asst. U. S. Attys., Los Angeles, Cal., for appellant.

Alvin S. Michaelson, Los Angeles, Cal., for appellee.

ORDER

Before CHAMBERS and DUNIWAY, Circuit Judges, and SCHWARTZ,* District Judge.

After a hearing, Alvin S. Michaelson, counsel of record for the appellant, is assessed a penalty of $172.80, the cost to the United States for the transcript of evidence, for failure to prosecute the appeal with due diligence.

The payment is to be made within fourteen days into the Registry of the Clerk of the United States District Court for the Central District of California.

* The Honorable Edward J. Schwartz, United States District Judge from the Southern District of California, sitting by designation.